UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRANDON LEE HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-129 |
| ) | (SHIRLEY) |
| V. ) | |
| ) | |
| GRIZZLY INDUSTRIAL, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 7].

The Defendant has filed a Motion to Amend Answer [Doc. 24], in which it moves the Court to allow it to amend its Answer to add an additional defense. The Defendant has indicated that the Plaintiff does not oppose the requested by relief by submitting a proposed agreed order granting the requested relief, which has been approved for entry by both Plaintiff's counsel and Defendant's counsel. Based on the limited scope of the relief sought and the apparent agreement of opposing counsel, the Court finds that the Motion to Amend Answer is well-taken, in its substance.

The Motion to Amend Answer is, however, procedurally defective because it does not comply with Local Rule 15.1, which directs that a "party who moves to amend a pleading shall attach a copy of the proposed amended pleading to the motion." E.D. Tenn. L.R. 15.1. The Court finds that the procedural defect is harmless in this case.

Accordingly, Motion to Amend **[Doc. 24]** is **GRANTED**. The Defendant **SHALL FILE** its Amended Answer, in its entirety, on or before **August 30, 2012**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge